FILED

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

00 JUL 20

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| KENNETH L. McKINNEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 99-J-2963-E |
| | ) | |
| WARDEN R. WILEY, | ) | |
| | ) | |
| Respondent. | ) | |

ENTERED

JUL 2_ 2000

**MEMORANDUM OF OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

**DONE**, this _20_ day of July, 2000.

INGE P. JOHNSON
UNITED STATES DISTRICT JUDGE

10